**Entered on Docket
May 20, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, US Bank National Association, as Trustee for Credit Suisse First Boston ARMT 2005-5, its assignees and/or successors and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-15374-mkn |
| | ) |
| Zebulan M. Ernest, | ) Chapter 7 |
| | ) |
|        Debtor. | ) DATE: 05/17/10 |
| | ) TIME: 09:30 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

_Rev. 12.09_

M&H File No. NV-10-26271
10-15374-mkn

1    The Motion for Relief from Automatic Stay came on regularly for hearing at the date and

2  time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and

3  supporting evidence, and good cause appearing, the Court rules as follows:

4    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay

5  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of

6  Movant in the real property commonly known as 3557 Durant River Drive, Las Vegas, NV

7  89122.

8    IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies,

9  including any unlawful detainer action, in compliance with applicable law.

10

11  IT IS SO ORDERED.

12

13

14  Submitted by:
   McCarthy & Holthus, LLP

15
   */s/Christopher K. Lezak*_____

16  Christopher K. Lezak, Esq.
   9510 West Sahara Avenue, Suite 110

17  Las Vegas, NV 89117
   702-685-0329

18

19

20  Approved/Disapproved

21  *Order Filed 04/14/10-no response received*_
   Anthony DeLuca, Esq.

22  5830 West Flamingo Road, #233
   Las Vegas, NV 89103

23  (702) 873-5386

24

25  Approved/Disapproved

26  *Order Filed 04/14/10-no response received*_
   James F. Lisowski, Sr.

27  P.O. Box 95695
   Las Vegas, NV 89193

28

29

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Anthony DeLuca- Order Filed 04/14/10-no response received

Unrepresented parties appearing: None

Trustee: James f. Lisowski- Order Filed 04/14/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###